IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR109-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JULIO MORA-VEGA, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant and his counsel, together with the prosecutors in this district and the Western District of North Carolina, have consented that this case be transferred for plea and sentencing pursuant to Rule 20. (Filing 40.) That document was filed on March 17, 2006, but the Clerk's office has not yet taken any action. Therefore,

IT IS ORDERED that the Clerk of the Court shall comply with her duties under Rule 20(b) of the Federal Rules of Criminal Procedure and provide the Clerk of the Western District of North Carolina at Charlotte, North Carolina, with the court file or a certified copy of the court file.

April 18, 2006.                                   BY THE COURT:

                                                  s/ *Richard G. Kopf*
                                                  United States District Judge